# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TORIE MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:24-cv-00384-CDS-NJK<br><br>**Order** |

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship attributed to her. *See* Docket No. 4.

Accordingly, Plaintiff must file an amended certificate of interested parties by March 1, 2024, fully identifying the citizenship attributed to her.

IT IS SO ORDERED.

Dated: February 27, 2024

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.