McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Cheryl A. Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
Mandy Vogel
Nevada Bar No. 16150
  mandy.vogel@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TORIE MILLER,<br><br>   Plaintiff<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, DOES I through V and ROE CORPORATIONS, VI through X, inclusive,<br><br>   Defendants | Case No. 2:24-cv-00384-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

<u>Miller v. GEICO</u>
Case No. 2:24-cv-00384-CDS-NJK

1. Each party will bear their own costs and attorneys' fees.

2. DATED this 19th day of April, 2024

SIMON LAW

By    /s/ Benjamin J. Miller
Daniel S. Simon, Nevada Bar No. 4750
Benjamin J. Miller, Nevada Bar No. 10406
810 S. Casino Center Blvd.
Las Vegas, NV 89101
702-364-1650

Attorneys for Plaintiff TORIE MILLER

DATED this 19th day of April, 2024

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By    /s/ Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Mandy Vogel, Nevada Bar No. 16150
Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY

**<u>ORDER</u>**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: April 19, 2024

_____
Cristina D. Silva
United States District Judge

9760059.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2

Case No. 2:24-cv-00384-CDS-NJK
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE